# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW

ONE NEWARK CENTER, 19TH FLOOR

NEWARK, NEW JERSEY 07102

(973) 690-5400

FAX (973) 466-2760

www.rwmlegal.com

September 23, 2009

*[Handwritten: motions are denied as moot, and case is dismissed]*

**SO ORDERED:** *[signature: Peter G. Sheridan]*

**DATED:** 9/23/09

VIA CM/ECF & FACSIMILE
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Fed. Bldg. &
  U.S. Cthouse, Room 6000
402 East State Street
Trenton, New Jersey 08608

Re: Graphic Security Systems Corporation v. Nautilus Security
    Civil Action No. 09-4173 (PGS)(ES)

Dear Judge Sheridan:

My Firm represents plaintiff Graphic Security Systems Corporation ("Graphic") in the above action. I am writing to confirm my conversation with Your Honor's Law Clerk, Christos Papapetrou, in which I advised that my client has resolved its dispute with non-party subpoena recipient Sun Chemical Corporation ("Sun") regarding the production of documents pursuant to a subpoena duces tecum. Accordingly, Graphic is withdrawing its motion to compel production of documents from Sun as moot. I have also been authorized by Sun's counsel, Sheila McShane, Esq., to advise Your Honor that Sun has likewise withdrawn its cross-motion to quash the subpoena as moot.

Thank you for Your Honor's consideration. Please advise if Your Honor would like us to submit a proposed Order concerning the above.

Respectfully submitted,

*[signature]*

Keith J. Miller

KJM/rs

cc: Honorable Esther Salas, U.S.M.J. (via CM/ECF and Facsimile)
    Sheila F. McShane, Esq. (by CM/ECF and E-Mail)